UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

CASE NO.: 8:04-CV-2480-T24MSS

**UNITED VAN LINES, LLC,**

 **Plaintiff,**
v.

**TOBY RASKIN and
DAVID RASKIN,**

 **Defendants.**

---

### ORDER OF DISMISSAL WITH PREJUDICE
---

THIS CAUSE came on to be heard upon the parties' Stipulation for Dismissal with Prejudice, and after reviewing the Court file and being otherwise fully advised in the premises, it is hereby,

ORDERED AND ADJUDGED that said Stipulation be and the same is hereby approved, and the above-styled action is hereby dismissed with prejudice and without costs to either party, with each party to bear their own attorneys' fees.

DONE AND ORDERED in Chambers, at Tampa, Florida, this ___18___ day of _____, 2006.

U.S. DISTRICT JUDGE

Copies furnished to:

Lawrence J. Roberts, Esquire
LAWRENCE J. ROBERTS & ASSOCIATES, P.A.
Attorneys for Plaintiff
249 Catalonia Avenue
Coral Gables, Florida 33134
Phone: 305-441-7882
Fax:   305-441-7883

Christine D. Arkovich, Esquire
Attorneys for Defendants,
Toby Raskin and David Raskin
1520 W. Cleveland Street
Tampa, Florida 33606
Phone: (813) 258-2808
Fax: (813) 258-5911

F:\Raskin\ORDER FOR DISMISSAL.frm